# EXHIBIT 5

**From:** Mike Baker <mbaker@advizex.com>
**Sent:** Tuesday, November 11, 2025 11:52 AM
**To:** Josh Jones <jjones@advizex.com>; Drew Weems <dweems@advizex.com>
**Subject:** Resignation letter 11-11-2025

Dear Josh,

I'm submitting my resignation from Advizex, effective two weeks from today. My final day will be November 25, 2025.

This has been a difficult decision, but it comes after seeing how the company's ongoing fiscal issues are affecting both our internal operations and the relationships we've built with customers. It's become increasingly challenging to meet client expectations when resources and priorities are constantly shifting, and it's clear that these financial pressures are creating frustration for both employees and customers alike.

I've always taken pride in providing reliable service and maintaining trust with clients, and it's been tough to do that consistently under the current circumstances. For that reason, I feel it's time for me to move on to an environment where I can better uphold those professional standards.

I'll do everything I can over the next two weeks to make the transition as smooth as possible and ensure no disruption in support or communication.

Thank you for the opportunities and experiences I've had during my time here. I genuinely wish Advizex success in navigating through these challenges and hope to see the company regain stability and customer confidence in the future.

Sincerely,
Mike Baker

**Mike Baker**
Solution Architect, Advizex

(615) 785-0053 | www.advizex.com | mbaker@advizex.com

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.