# EXHIBIT 7

| | |
|---|---|
| **From:** | Kall, David M. |
| **To:** | bakertnus@yahoo.com |
| **Cc:** | C.R. Howdyshell; Jackie Allen; solutions@davenportgroup.com; Lowe, Timothy J.; Conley, Karina; Ross, Julia |
| **Subject:** | Second Notice - Ongoing Violations of Post-Employment Obligations; Demand for Immediate Cease and Desist and Written Confirmation |
| **Date:** | Tuesday, December 30, 2025 2:28:05 PM |
| **Attachments:** | image001.jpg<br>Mike Baker - Cease and Desist Letter(37338269.1).pdf |

Mr. Baker:

Attached please our second letter regarding the termination of your employment from Advizex Technologies LLC for cause and your continuing obligations. We look forward to your response.

**David M. Kall**
Member

T: 216.348.5812
F: 216.348.5474
dkall@mcdonaldhopkins.com
www.mcdonaldhopkins.com

600 Superior Avenue East
Suite 2100
Cleveland, OH 44114





McDonald Hopkins LLC
600 Superior Avenue, East
Suite 2100
Cleveland, OH 44114

P 1.216.348.5400
F 1.216.348.5474

Direct Dial: 216.348-5812
E-mail: dkall@mcdonaldhopkins.com

December 30, 2025

**Via Email and Federal Express**

Michael Baker
814 Henry Ln
Murfreesboro, TN 37129
bakertnus@yahoo.com

Re:   **Second Notice - Ongoing Violations of Post-Employment Obligations; Demand for Immediate Cease and Desist and Written Confirmation**

Dear Mike:

As you know, this firm represents Advizex Technologies, LLC ("**Advizex**"). This letter follows our prior "Reminder of Obligations" letter dated November 20, 2025, to which you did not respond. Advizex is aware that you are working for Davenport Group, Inc. ("Davenport") in direct violation of your ongoing post-employment obligations owed to Advizex. You are hereby instructed to immediately cease and desist from any further violations of your Confidentiality, Non-Competition and Non-Solicitation Agreement, including any competitive activity, solicitation, or possession, use, or disclosure of Advizex confidential, proprietary, or trade secret information.

Among your obligations to Advizex that were outlined in my November 20, 2025 letter is a prohibition on your competition with Advizex:

> **6.     Restrictive Covenants.** I agree further that in order to preserve the confidentiality of the Confidential Information, to prevent the theft or misuse of the Confidential Information, to protect the Company's customer relationships with both its potential and existing customers, to protect its customer goodwill, and to protect the Company from improper or unfair competition, I will not, directly or indirectly:
>
>> a.     **Non-Competition.** During my employment with the Company and for a period of one (1) year following the termination of my employment, for any reason, whether such termination is voluntary or involuntary, participate in the ownership or control of, act as an employee, agent, or contractor of, or provide any services to, or for, any business that is engaged in the Company's Business, or engage in any activity that is competitive with the Company, within any County in which I had any responsibility, or conducted any business,

37338269.1

> on behalf of the Company in the three (3) years prior to my termination of employment with the Company.

* * *

Your employment or engagement with Davenport violates this restriction. Advizex demands that you immediately cease and desist from any activity that violates your obligations to Advizex, including employment with or engagement by Davenport.

Given the seriousness of these violations, Advizex further demands that you immediately provide the following information:

1. <u>Employment Status.</u> Regarding your employment (or other engagement) by Davenport, identify: (a) your exact start date; (b) your current title; (c) your geographic territory; (d) your assigned customers; (e) your target accounts; and (f) a complete description of your current job duties and responsibilities. If you are engaged through an affiliate or as an independent contractor, identify the entity and provide the same information for your engagement.

2. <u>Non-Competition and Non-Solicitation Compliance.</u> Describe, in detail, the steps you have taken to ensure strict compliance with your non-competition, non-solicitation, and related contractual obligations. Your description should include the specific activities you have ceased, the safeguards implemented to prevent further violations, the internal directives you have received or requested, and any approvals or role modifications occurring at Davenport to ensure compliance.

3. <u>State of Tennessee.</u> Provide specific confirmation that you are not working with, communicating with, or otherwise engaging directly or indirectly with the State of Tennessee or any of its subagencies. In addition, confirm that you are not working with, communicating with, or pursuing any other Advizex customers or prospective customers with which you had material involvement during your employment at Advizex. Identify all steps you have taken to ensure you do not engage with those customers or prospects.

4. <u>Information Safeguards and Remediation.</u> Describe all steps you are taking to ensure that no Advizex confidential, proprietary, or trade secret information is possessed, accessed, or used by you or Davenport. This must include confirmation that you have returned to Advizex, and permanently deleted from your personal and Davenport systems, all Advizex information in any form. Provide a sworn certification detailing the systems searched, dates of searches, the locations and devices reviewed, the deletion/return methods used, and any third-party or Davenport IT attestations available.

5. <u>Notice and Acknowledgments.</u> Confirm that you provided Davenport with written notice of your continuing obligations to Advizex, including your confidentiality, non-competition, and non-solicitation covenants. Provide a copy of your written notice and any resulting internal compliance directives, role limitations, screening procedures, or other restrictions issued to you by Davenport.

Given the urgency of this matter, please provide your complete written response and documentation by no later than 5:00 p.m. Eastern Time on Monday, January 5, 2026. Advizex expressly reserves all rights, claims, and remedies, including the right to seek injunctive relief and damages for any ongoing or threatened violations.

Advizex demands your immediate compliance with all ongoing obligations and reserves all rights and remedies, including injunctive relief, damages, attorneys' fees and costs, and any other appropriate relief. Advizex will hold you, and any persons or entities acting in concert with you, responsible for any continued violations.

This letter also serves as a renewed litigation hold. You must preserve all potentially relevant evidence, including without limitation emails, messages, files, devices, cloud storage, removable media, and logs, whether personal or Davenport-related. Do not delete, alter, or destroy any such information.

Very truly yours,

David M. Kall

cc: C.R. Howdyshell (chowdyshell@advizex.com)
Jackie Allen (jallen@advizex.com)
Davenport Group, Inc. (solutions@davenportgroup.com and via Certified Mail and Federal Express to 104 Belfast Street, Lewisburg, TN 37091 Attn: Pam Paris, Vice President of Human Resources)