# EXHIBIT 8

**From:** Bruce Priddy <bpriddy@advizex.com>
**Sent:** Friday, November 14, 2025 10:35 AM
**To:** Drew Weems <dweems@advizex.com>; Brian Swisher <bswisher@advizex.com>
**Subject:** Thank You All for Everything

Morning Swish and Drew,

After a great deal of thought and careful consideration, I've decided to resign from my position, effective November 28th.

This decision has not been easy and wasn't made lightly. Over the past 8 months, it's been clear that the company has been facing significant financial and operational challenges, which have made it increasingly difficult to meet customer expectations. Despite everyone's hard work and commitment, these issues have begun to impact not only the company's performance but also my own ability to deliver the level of quality and reliability I'm known for. Ultimately this situation is beginning to affect my professional reputation, which is something I take very seriously.

I truly admire the effort and dedication everyone has shown in trying to overcome these obstacles, but I believe it's time for me to pursue new opportunities that align better with my professional goals and values.
I'm sincerely grateful for the experiences and relationships I've built here. Working alongside such a committed team, even in the face of adversity, has taught me a great deal about resilience and teamwork.

I want to ensure a smooth transition and am happy to help during this period.

Thank you again for the opportunity to be part of Advizex. I wish you and the entire team the very best as you continue working toward recovery, stability and future success.

Warm regards,
Bruce Priddy

**Bruce Priddy**
Account Executive, Advizex

(615) 766-7394 | www.advizex.com | bpriddy@advizex.com

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.