# EXHIBIT 13

**From:** Jordan McManus <JMcManus@advizex.com>
**Sent:** Monday, November 17, 2025 9:40 AM
**To:** Josh Jones <jjones@advizex.com>
**Subject:** Letter of Resignation

Dear Josh,

Following up our conversation on Friday,

I am writing to formally resign from my position at Advizex, with my last day of employment being November 28th, 2025.

I can't thank you and the team enough for giving me the opportunity to work here and I enjoyed every second of it.  I appreciate the experience and support during my time with the company. Please let me know if there is anything I can do to help with the transition.


Sincerely,
Jordan McManus


**Jordan McManus**
Solution Architect, Advizex

(734) 730-2887  |  www.advizex.com  |  jmcmanus@advizex.com

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.