# EXHIBIT 11

**From:** Hayes Alley <halley@advizex.com>
**Sent:** Friday, November 14, 2025 10:38 AM
**To:** Drew Weems <dweems@advizex.com>
**Subject:** Two Weeks Notice - Hayes Alley

Hayes Alley
halley@advizex.com
615-519-2394

November 14th, 2025

Hi Drew,

I am writing to formally resign from my position as an Associate Account Executive at Advizex Technologies LLC effective December 1st, 2025.

I am grateful for the opportunities I've had to learn and grow during my time here – it's been a formative year. I've truly appreciated working with you and the team, and I value the experiences that have helped me develop both personally and professionally.

Through November, I am committed to ensuring a smooth transition and am happy to help wrap up any outstanding projects.

I wish Advizex continued success, and I hope to stay in touch in the future.

Sincerely,
Hayes Alley

**Hayes Alley**
Associate Account Executive, Advizex

(615) 519-2394 | www.advizex.com | halley@advizex.com

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.