EXHIBIT 16

# GARDNER BUSINESS LAW

**VIA U.S. MAIL**
**AND EMAIL**

January 12, 2026

David M. Kall
McDonald Hopkins LLC
600 Superior Ave, East
Suite 2100
Cleveland, OH 44114
E-mail: dkall@mcdonaldhopkins.com

    **RE: Michael Baker and Bruce Priddy, Demand for Confirmation and Remedial Measures**

Dear Mr. Kall:

This letter is on behalf of our client, Davenport Group, Inc. ("Davenport") in response to your letter dated December 30, 2025 regarding the status of Michael Baker and Bruce Priddy on behalf of their former employer, Advizex Technologies, LLC ("Advizex"). Davenport confirms that it has hired both Mr. Baker and Mr. Priddy and would like to provide a limited response to your letter. Please be advised that this is a limited response, and Davenport reserves the right to challenge and does not waive any rights to question the enforceability of Mr. Baker's and Mr. Priddy's obligations to Advizex.

Davenport is aware of Mr. Baker's and Mr. Priddy's confidentiality obligations to Advizex and takes those obligations seriously. Accordingly, both Mr. Baker and Mr. Priddy have been strongly advised not to disclose, access, or use any of Advizex's confidential, proprietary, and trade secret information while performing duties for Davenport. Davenport considers the protection of proprietary information of any business as important and has no desire to use Advizex's confidential, proprietary, and trade secret information. Mr. Baker and Mr. Priddy are both aware that Davenport will not permit them to use Advizex's confidential, proprietary, and trade secret information within the scope of their employment with Davenport and to do so would result in termination of their employment.

In addition, Davenport is aware of Mr. Baker's and Mr. Priddy's obligation not to solicit customers of Advizex. Accordingly, Mr. Baker and Mr. Priddy have been made aware that they are not permitted to directly solicit customers of Advizex with whom they had contact. These restrictions will stay in effect for the next year as required by Mr. Baker's and Mr. Priddy's agreement with Advizex. However, please be advised that Mr. Baker's and Mr. Priddy's restrictions in no way prevent Davenport from doing business with customers of Advizex who reach out to Davenport. In event that a customer of Advizex contacts Davenport, Davenport reserves the right to discuss services with such customer.

Please note that at this time, this is the only response Davenport has chosen to provide Advizex. For all other issues presented in your letter, Davenport reserves the right to respond at a later time and does not waive its right to question or challenge the enforceability of the restrictions in Mr. Baker's and Mr. Priddy's agreements.

Hopefully, this information satisfies the concerns of your client. If you want to discuss this matter in more detail, please contact me.

Sincerely,

Gaylord Gardner