UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **ADVIZEX TECHNOLOGIES, LLC**,<br>6480 Rockside Woods Boulevard<br>South Suite 190<br>Independence, OH 44131<br><br>   Plaintiff,<br><br>v.<br><br>**MICHAEL BAKER**,<br>814 Henry Lane<br>Murfreesboro, TN 37129<br><br>**BRUCE PRIDDY**,<br>1503 Boardwalk Place<br>Gallatin, TN 37066<br><br>**ERNEST ROBERTS (HAYES) ALLEY III**,<br>2011 Richard Jones Road<br>Apt E26<br>Nashville, TN 37215<br><br>and<br><br>**JORDAN MCMANUS**,<br>612 N 9th Street B<br>Nashville, TN 37206<br><br>   Defendants. | CASE NO. 26cv0083<br><br>JUDGE DONALD C. NUGENT<br><br>**PRAECIPE FOR SERVICE VIA CERTIFIED MAIL** |

**TO THE CLERK OF COURT:**

Plaintiff Advizez Technologies, LLC requests that the clerk prepare service via Certified Mail, return receipt requested, pursuant to Rule 4.6(D) of the Ohio Rules of Civil Procedure, together with the Summons and Complaint in accordance with Rule 4.1(B) of the Ohio Rules of Civil Procedure to

{7902997: }

Defendants Michael Baker, Bruce Priddy, Ernest Roberts (Hayes) Alley III and Jordan McManus at the below addresses:

| | |
|---|---|
| MICHAEL BAKER<br>814 Henry Lane<br>Murfreesboro, TN 37129 | BRUCE PRIDDY<br>1503 Boardwalk Place<br>Gallatin, TN 37066 |
| JORDAN MCMANUS<br>612 N 9th Street B<br>Nashville, TN 37206 | ERNEST ROBERTS (HAYES) ALLEY III,<br>2011 Richard Jones Road<br>Apt E26<br>Nashville, TN 37215 |

Respectfully submitted,

/s/ *Karina R. Conley*
MCDONALD HOPKINS LLC
Karina R. Conley (0093906)
Julia G. Ross (0099095)
600 Superior Avenue, East, Suite 2100
Cleveland, OH 44114
Phone: (216) 348-5400
Fax: (216) 348-5474
E-Mail: kconley@mcdonaldhopkins.com
   jross@mcdonaldhopkins.com

MCDONALD HOPKINS PLC
Timothy J. Lowe, Esq. (MI Bar # P68669)
39533 Woodward Avenue, Suite 318
Bloomfield Hills, Michigan 48304
Telephone: (248) 646-5070
Facsimile: (248) 646-7075
E-Mail: tlowe@mcdonaldhopkins.com

*Counsel for Plaintiff Advizex Technologies, LLC*