# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

ADVIZEX TECHNOLOGIES, LLC

CIVIL CASE NO. 26CV0083

vs.

JUDGE DONALD C. NUGENT

MICHAEL BAKER, BRUCE PRIDDY, ERNEST ROBERTS (HAYES) ALLEY III, JORDAN MCMANUS

## PRAECIPE FOR ISSUANCE

☒ ORIGINAL SUMMONS

☐ ALIAS SUMMONS

☐ THIRD PARTY SUMMONS

☐ CERTIFICATE OF JUDGMENT LIEN UPON LANDS AND TENEMENTS §2329.02 ORC

☐ CERTIFICATE OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

☐ WRIT OF EXECUTION

☐ OTHER (Please Specify) _____

Document to be issued should be uploaded as an attachment to the Praecipe.

If service of summons will be done by certified or ordinary mail, see Local Rule 4.2.

Date: 1/14/2026         By: /s/ Karina R. Conley

Attorney for Plaintiff Advizex Technologies, LLC