AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| Advizex Technologies, LLC <br><br> *Plaintiff(s)* <br> v. <br> Michael Baker <br> Bruce Priddy <br> Ernest Robert (Hayes) Alley III <br> Jordan McManus <br> *Defendant(s)* | Civil Action No.1:26 cv 00083 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MICHAEL BAKER
814 Henry Lane
Murfreesboro, TN 37129

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Karina R. Conley
McDonald Hopkins, LLC
600 Superior Avenue, East, Suite 2100
Cleveland, OH 44114

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CHRISTIAN M. CAPECE, CLERK OF COURT*

Date: January 14, 2026

s/Andrew Rivera
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 26 cv 00083

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Michael Baker__

was received by me on *(date)* __1/15/2026__.

☒ I personally served the summons on the individual at *(place)* __814 Henry Lane, Murfreesboro, TN 37129__ on *(date)* __1/15/2026__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __01/16/2026__

_____
Server's signature

Jeremy Cantrell / Process Server
*Printed name and title*

290 High St., Versailles, KY 40383
*Server's address*

Additional information regarding attempted service, etc:

Doc ID: 449ae7d581c594a557aea3778229a7b0bd2fae3a

# AFFIDAVIT OF SERVICE
## UNITED STATES DISTRICT COURT
### Northern District of Ohio

Case Number: 1:26-CV-00083

**Plaintiff: Advizex Technologies, LLC**
vs.
**Defendant: Michael Baker, Bruce Priddy, Ernest Robert (Hayes) Alley III, Jordan McManus**

For:
McDonald Hopkins LLC
600 Superior Avenue, East
Suite 2100
Cleveland, OH 44114

Received by Veritext on the 15th day of January, 2026 at 9:27 am to be served on **Michael Baker, 814 Henry Lane, Murfreesboro, TN 37129.**

I, Jeremy Cantrell, being duly sworn, depose and say that on the **15th day of January, 2026 at 7:35 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons in a Civil Action; Complaint; Exhibits** to: **Michael Baker** at the address of: **814 Henry Lane, Murfreesboro, TN 37129**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** The person served with said documents refused to state whether or not the Defendant is in the Military Service of the United States of America.

**Marital Status:** Based upon inquiry of party served, they refused to state whether or not the Defendant is married.

**Description** of Person Served: Age: 55, Sex: M, Race/Skin Color: Caucasian, Height: 5'11", Weight: 215, Hair: Light Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 16th day of January, 2026 by the affiant who is personally known to me.

NOTARY PUBLIC

ANDREA DAWN RUE
Notary Public, ID KYNP28992
State at Large, Kentucky
My Commission Expires on May 12, 2029

Jeremy Cantrell
Process Server
01/16/2026
Date

**Veritext**
800 N Magnolia Ave
Suite 400
Orlando, FL 32803
(800) 275-7991

Our Job Serial Number: KPM-2026000442
Ref: 7850733

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e

Doc ID: 449ae7d581c594a557aea3778229a7b0bd2fae3a