# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **ADVIZEX TECHNOLOGIES, LLC,** | ) |
| **Plaintiff,** | ) CASE NO. 1:26-CV-00083-DCN |
| | ) |
| v. | ) Judge Donald C. Nugent |
| | ) |
| **MICHAEL BAKER, BRUCE PRIDDY,** | ) UNOPPOSED MOTION FOR |
| **ERNEST ROBERTS (HAYES) ALLEY III,** | ) EXTENSTION OF TIME FOR |
| **and JORDAN MCMANUS,** | ) DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT |
| **Defendants.** | ) |

Defendants Micheal Baker, Bruce Priddy, Ernest Robert (Hayes) Alley III, and Jordan McManus ("Defendants"), by and through undersigned counsel, hereby respectfully move this Court for an Order granting an extension to answer, plead, move, and/or otherwise respond to Plaintiff Advizex Technologies, LLC's Complaint. Plaintiff filed its Complaint on January 13, 2026. Defendant Michael Baker was served on January 15, 2026. Defendant Bruce Priddy was served on January 16, 2026. Defendant Jordan McManus was served on January 16, 2026. Counsel for Renest Roberts (Hayes) Alley accepted service on January 30, 2026.

Defendants recently engaged the undersigned and require time to review the file and potential defenses relevant to this matter. Granting an extension will not prejudice Plaintiff or interfere with any Court dates, as none have yet been established. Moreover, Plaintiff does not oppose this motion for extension.

Accordingly, Defendants respectfully request that they have until February 18, 2026 to submit their answer and/or otherwise respond to Plaintiff's Complaint.

1

Respectfully submitted,

*/s/ Hannah Walsh Mulkey*
Charles F. Billington (OH Bar No. 0083143)
Hannah Walsh Mulkey (TX Bar No. 24125717)
**VORYS, SATER, SEYMOUR AND PEASE LLP**
200 Public Square, Suite 1400
Cleveland, Ohio 44114
Phone: (216) 479-6111
Email: cfbillington@vorys.com
hwmulkey@vorys.com


*/s/ Morgan J. Hartgrove*
James K. Simms, IV (TN Bar No. 021688)*
Morgan J. Hartgrove (TN Bar No. 040262)*
**THOMPSON BURTON, PLLC**
One Franklin Park
6100 Tower Circle, Suite 200
Franklin, Tennessee 37067
Phone: (615) 475-5136
Email: jk@thompsonburton.com
morgan@thompsonburton.com

*\*Pro Hac Vice Motion Forthcoming*

*Attorneys for Defendants*


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on this 6th day of February 2026. Notice of this filing will be sent by the Court's electronic filing system to all counsel of record.


*/s/ Hannah Walsh Mulkey*
Hannah Walsh Mulkey

2