# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ADVIZEX TECHNOLOGIES, LLC, | ) |
|     Plaintiff, | ) CASE NO. 1:26-CV-00083-DCN |
| | ) |
| v. | ) Judge Donald C. Nugent |
| | ) |
| MICHAEL BAKER, BRUCE PRIDDY, | ) [PROPOSED] ORDER GRANTING |
| ERNEST ROBERTS (HAYES) ALLEY III, | ) UNOPPOSED MOTION FOR |
| and JORDAN MCMANUS, | ) EXTENSTION OF TIME FOR |
| | ) DEFENDANTS TO |
| | ) ANSWER OR OTHERWISE |
| | ) RESPOND TO PLAINTIFF'S |
|     Defendants. | ) COMPLAINT |

Upon consideration of the Unopposed Motion for Extension of Time for Defendants to Answer or Otherwise Respond to Plaintiff's Complaint (the "Motion") filed by Defendants Micheal Baker, Bruce Priddy, Ernest Robert (Hayes) Alley III, and Jordan McManus ("Defendants"), the Court orders that the Motion is hereby **GRANTED.**

It is therefore **ORDERED** that the time within which Defendants must move, answer, or otherwise plead in response to Plaintiff's Complaint is hereby extended to and includes February 18, 2026.

**IT IS SO ORDERED.**

Dated: February __, 2026                          _____

                                                                                      Judge Donald C. Nugent