DocuSign Envelope ID: 59E9A602-A74B-4AAB-AF30-C9F39E360B40

**Advizex Technologies**
**FY 2023/24**
**Solutions/Presales Compensation Plan**

| | |
|---|---|
| Date: | December 4, 2023 |
| Name: | Jordan McManus |
| Manager: | Jones |
| Cost Center: | 2053 |

**Advizex**

Base Pay: $ 168,000

Target Bonus Rate: 43%

Target Bonus: $ 72,000          Product GP: 7,125,000

Target Comp: $ 240,000          Services GP: 1,225,000

Product & Services GP is based on the following region(s):
Southeast (2053, 3053, 4053)

**BONUS CALCULATION:**

| | Rate | Amount | % Of Bonus |
|---|---|---|---|
| Product GP: | 0.7074% | $ 50,400 | 70% |
| Services GP: | 1.7633% | $ 21,600 | 30% |
| | | $ 72,000 | |

**Bonuses will be calculated and paid out on a quarterly basis.**

I acknowledge receipt and acceptance of the above goals in compliance with this FY 2023/24 Compensation Plan

**Employee:**

**Manager/Supervisor:**

DocuSigned by:
*JHM*
C850C7FFE8C2475...

DocuSigned by:
*Josh Jones*
3EDA7B3456C34A9...