## AdvizeX Technologies
## 2020/21 Account Executive Compensation Plan

| | |
|---|---|
| Date: | October 12, 2020 |
| Name: | Bruce Priddy |
| Manager: | Pruett |
| Region: | 2053-Nashville |

| | | | | | |
|---|---|---|---|---|---|
| Base Pay: | $ 125,000 | | Product GP Quota: | $ | 750,000 |
| Product Commissions: | $ 157,500 | | | | |
| Services Commissions: | $ 52,500 | | Services GP Quota: | $ | 250,000 |
| Target Compensation: | $ 335,000 | | | | |
| ** Signing Bonus: | $ 25,000 | | | | |

**PRODUCT GP TARGET**

| | Product Commission Rate | | |
|---|---|---|---|
| $0 - $525,000 Product GP: | 21% | $ | 110,250 |
| > $525,000 Product GP: | 21% | $ | 47,250  (1)(2) |
| | | $ | 157,500 |

**SERVICES REVENUE TARGET**

| | Services Commission Rate | | |
|---|---|---|---|
| $0 - $50,000 Services GP: | 21% | $ | 10,500 |
| > $50,000 Services GP: | 21% | $ | 42,000 |
| | | $ | 52,500 |

(1) Tier 2 commission rates on product sales will not be paid until $75,000 in services GP has been billed
(2) OEM Support Renewal gross profit will be paid at a flat 10% commission rate

**Managed Services Commissions will be paid as follows:**
* Net New MS subscription contracts will be paid 8% of 1/3rd of the booking value at the time of booking.
* Net New MS subscription contracts will then be paid at 5% of revenue as billed starting in year two of the initial term of the contract.
* MS consulting and T&M projects will be paid at 8% of revenue as billed.
* MS contract renewals will be paid at 2.5% of revenue as billed for the duration of the renewal.
* Incremental revenue on amendments and renewals will be paid 8% of 1/3rd of the uplift based on the remaining term of the contract or 12-months, whichever is greater

I acknowledge receipt and acceptance of the above goals in compliance with this FY 2020/21 Compensation Plan

| Employee: | Manager/Supervisor: |
|---|---|
|  |  Ed Pruett |

Note: Base Pay is represented before the impact of salary reduction measures communicated in an email from Advizex President, C.R. Howdyshell on April 1, 2020.

** Signing bonus is a one-time payment to be made after onboarding