**Advizex Technologies**
**FY 2023/24**
**Solutions/Presales Compensation Plan**

| | |
|---|---|
| Date: | April 1, 2023 |
| Name: | Mike Baker |
| Manager: | Jones |
| Cost Center: | 2053 |
| Base Pay: | $ 160,000 |
| Target Bonus Rate: | 56% |
| Target Bonus: | $ 90,000 |
| Target Comp: | $ 250,000 |

Gross Profit: 2,250,000

Product & Services GP is based on the following region(s):
**Bruce Priddy sales**

**BONUS CALCULATION:**

| | Rate | Amount | % Of Bonus |
|---|---|---|---|
| Gross Profit: | 4.0000% | $ 90,000 | 100% |
| | | $ 90,000 | |

Bonuses will be calculated and paid out on a quarterly basis.

I acknowledge receipt and acceptance of the above goals in compliance with this FY 2023/24 Compensation Plan

Employee: Michael Baker

Manager/Supervisor: Josh Jones