**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| ADVIZEX TECHNOLOGIES, LLC, )<br> )<br>  Plaintiff, )<br> )<br>v. )<br> )<br>MICHAEL BAKER, BRUCE PRIDDY, )<br>ERNEST ROBERTS (HAYES) ALLEY III, )<br>and JORDAN MCMANUS )<br> )<br>  Defendants. ) | CASE NO. 1:26-cv-00083-DCN<br><br>Judge Donald C. Nugent<br><br>MOTION TO ADMIT JAMES K.<br>SIMMS, IV *PRO HAC VICE* |

Pursuant to Local Civil Rule 83.5(h), Charles F. Billington, counsel of record for Defendants, respectfully moves this Court to admit *pro hac vice* James K. Simms, IV in this action. As set forth in the declaration attached as **Exhibit 1**, the undersigned asserts the following:

1. James K. Simms, IV is a partner of the law firm Thompson Burton PLLC and is based out of the following location: 6100 Tower Circle, Suite 200, Franklin, TN 37067. His business telephone number is (615)-475-6000, and his email is jk@thompsonburton.com.

2. Mr. Simms is an attorney in good standing and is authorized to practice before the courts in the state of Tennessee, including the United States District Courts for the Eastern District of Tennessee, Middle District of Tennessee, Western District of Tennessee, the United States Court of Appeals for the Sixth Circuit, and the United States Supreme Court.

3. Mr. Simms has never been disbarred or suspended from practice by any court, department, bureau or commission of any State or the United States, nor has he received any reprimand from any court, department, bureau or commission pertaining to conduct or fitness as a member of the bar. No disciplinary proceeding is pending against him in any jurisdiction.

4. Mr. Billington has submitted the necessary filing fees for Mr. Simms's admission *pro hac vice*. The undersigned counsel will continue to be involved in this litigation.

5. For the foregoing reasons, Defendants respectfully request that James K. Simms, IV be admitted *pro hac vice*.

          Respectfully submitted,

          */s/ Charles F. Billington*
          Charles F. Billington (0083143)
          Hannah Walsh Mulkey (0105486)
          VORYS, SATER, SEYMOUR AND PEASE LLP
          200 Public Square, Suite 1400
          Cleveland, Ohio 44114
          Phone: (216) 479-6111
          Email: cfbillington@vorys.com
                 hwmulkey@vorys.com

          *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on this 18th day of February 2026.  Notice of this filing will be sent by the Court's electronic filing system to all parties listed below.

Karina R. Conley
Julia G. Ross
MCDONALD HOPKINS LLC
600 Superior Avenue, East, Suite 2100
Cleveland, OH 44114
kconley@mcdonaldhopkins.com
jross@mcdonaldhopkins.com

Timothey J. Lowe
39533 Woodward Avenue, Suite 318
Bloomfield Hills, Michigan 48304
tlowe@mcdonaldhopkins.com

*Counsel for Plaintiff*

          */s/ Charles F. Billington*
          Charles F. Billington