DocuSign Envelope ID: E0B9F116-6003-450C-ADF8-0E48CC8639C7

**AdvizeX Technologies**
**2020/21 Account Executive Compensation Plan**

Date: **October 12, 2020**
Name: **Bruce Priddy**
Manager: **Pruett**
Region: **2053-Nashville**

| | | | | |
|---|---|---|---|---|
| Base Pay: | $ 125,000 | | Product GP Quota: | $ 750,000 |
| Product Commissions: | $ 157,500 | | | |
| Services Commissions: | $ 52,500 | | Services GP Quota: | $ 250,000 |
| Target Compensation: | $ 335,000 | | | |

** Signing Bonus: $ 25,000

**PRODUCT GP TARGET**

| | Product Commission Rate | | | |
|---|---|---|---|---|
| $0 - $525,000 Product GP: | 21% | $ | 110,250 | |
| > $525,000 Product GP: | 21% | $ | 47,250 | (1)(2) |
| | | $ | 157,500 | |

**SERVICES REVENUE TARGET**

| | Services Commission Rate | | |
|---|---|---|---|
| $0 - $50,000 Services GP: | 21% | $ | 10,500 |
| > $50,000 Services GP: | 21% | $ | 42,000 |
| | | $ | 52,500 |

(1) Tier 2 commission rates on product sales will not be paid until $75,000 in services GP has been billed
(2) OEM Support Renewal gross profit will be paid at a flat 10% commission rate

> **Managed Services Commissions will be paid as follows:**
> * Net New MS subscription contracts will be paid 8% of 1/3rd of the booking value at the time of booking.
> * Net New MS subscription contracts will then be paid at 5% of revenue as billed starting in year two of the initial term of the contract.
> * MS consulting and T&M projects will be paid at 8% of revenue as billed.
> * MS contract renewals will be paid at 2.5% of revenue as billed for the duration of the renewal.
> * Incremental revenue on amendments and renewals will be paid 8% of 1/3rd of the uplift based on the remaining term of the contract or 12-months, whichever is greater

I acknowledge receipt and acceptance of the above goals in compliance with this FY 2020/21 Compensation Plan

**Employee:**



DocuSigned by:
B654652217C24CF...

**Manager/Supervisor:**

DocuSigned by:
Ed Pruett
38B37AC189E2477...

*Note:  Base Pay is represented before the impact of salary reduction measures communicated in an email from Advizex President, C.R. Howdyshell on April 1, 2020.*

*** Signing bonus is a one-time payment to be made after onboarding*